**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Amity Rubberized Pen Company  v.  Market Quest Group Inc.

No. 15-1851

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Market Quest Group, Incorporated (dba All-in-One Manufacturing; MarketQuest Group, Inc. (dba Allinoneline.com); Harris Cohen; and Karen Cohen
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

- Name: Julie S. Turner
- Law firm: TurnerBoyd LLP
- Address: 702 Marshall Street, Suite 640
- City, State and ZIP: Redwood City, CA 94063
- Telephone: (650) 521-5933
- Fax #: (650) 521-5931
- E-mail address: turner@turnerboyd.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/19/2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

08/10/2015                    /s/ Julie S. Turner
Date                          Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  8/10/2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Julie S. Turner | /s/ Julie S. Turner |
| Name of Counsel | Signature of Counsel |

Law Firm: Turner Boyd LLP

Address: 702 Marshall Street, Suite 640

City, State, ZIP: Redwood City, CA 94063

Telephone Number: (650) 521-5933

FAX Number: (650) 521-5931

E-mail Address: turner@turnerboyd.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.